## MOSES *v.* THE STATE.

COBB, J.   1. "No question as to the legal sufficiency of an indictment can be properly raised in a motion for a new trial."   *Womble* v. *State,* 107 *Ga.* 666 ; *Boswell* v. *State,* 114 *Ga.* 40.

2. The evidence warranted the verdict, and there was no abuse of discretion in refusing to grant a new trial.

*Judgment affirmed.   All the Justices concur, except Simmons, C. J., absent.*

Submitted June 19,—Decided July 17, 1905.

Indictment for larceny.   Before Judge Mitchell.   Berrien superior court.   April 10, 1905.

*Watts & J. W. Powell* and *J. H. Hull,* for plaintiff in error. *W. E. Thomas, solicitor-general,* contra.